| COURTROOM MINUTES: | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☑ INITIAL APPEARANCE | ☐ RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☐ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED 4/21/06 |
| ☐ PRELIMINARY HEARING | ☐ BOND HEARING | |
| ☐ HEARING CONTINUED ON _____ | | MICHAEL N. MILBY, Clerk |

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701   OPEN: 2:07   ADJOURN: 2:38
Case Manager: Alisha Maly   RECESS FROM: 4:46 TO: 5:00
ERO: C. Moreno   ☑ Other District E.D. of Texas
Pretrial Services Officer  Cynthia Moreno   ☐ Other Division Tyler Division
                                            Case No. 6:06cr43

INTERPRETER REQUIRED: ☑ No  ☐ Yes, Name: _____

---

Criminal No. 06-282M   Defendant No. 1 & 2   USDJ _____

UNITED STATES OF AMERICA                    Bert Isaacs , AUSA
vs
Gloria Okwunwanne §
Arthur Rapor §
§
§
§

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☑ kars..... Date of arrest: 4/21/06  or  ☐ karsr40
- ☑ kia..... Deft first appearance. Deft advised of rights/charges  ☐ SRT/Probation violator  ☐ Pretrial Release Violator
- ☐ kcnsl.... Deft first appearance with counsel.
- ☐ ....... ☐ Deft _____ appeared ☐ with ☐ without counsel.
- ☐ ....... Requests appointed counsel.
- ☐ kfinaff... FINANCIAL AFFIDAVIT executed.  ☐ Court orders defendant to pay $_____ to CJA Fund
- ☐ koapptpd.. Order appointing Federal Public Defender.
- ☐ k20appt... Private Counsel appointed, _____.
- ☑ 1+2 Deft advises he/she will retain counsel. He/she retained _____
- ☑ ko.(bnd.) #1 Bond ☑ set $ 400,000.00  ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☑ $ 40,000.00 Deposit.
- ☐ ....... Bond ☐ revoked ☐ reinstated.
- ☑ kocondrls. Deft advised of conditions of release.
- ☐ ....... Surety signatures required _____, _____.
- ☐ kodtn.... No bond set at this time, 10 day DETENTION ORDER entered.
- ☑ kodtn.... ORDER OF TEMPORARY DETENTION PENDING HEARING entered. deft #2
- ☐ kodtn.... ORDER OF DETENTION PENDING TRIAL entered.
- ☐ ....... Court finds PROBABLE CAUSE ☐ IDENTITY ☐ Probable Cause.
- ☐ kbnd..... BOND EXECUTED and defendant released.
- ☐ kloc.(LC) Deft REMANDED to CUSTODY.  ☐ Deft ORDERED REMOVED to Originating District.
- ☐ kwvprl... WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hearing in this district ☐ State Custody
- ☐ karr..... Arraignment set _____   ☑ Detention Hearing set #1+2
- ☐ kprlxm... Preliminary set _____   ☑ Counsel Determination Hearing set 4/24/06 @ 2:00
- ☐ ....... Identity/Removal Hearing set _____
- ☐ ....... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)